IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANDON CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-70 |
| | ) | Judge Conti |
| CG REPOSKY, et al., | ) | Magistrate Judge Bissoon |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

The civil rights complaint of William Brandon Cummings's ("plaintiff") was received by this court on January 20, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules 72.C and 72.D of the Local Rules for Magistrate Judges.

The magistrate judge's Report and Recommendation, filed on November 18, 2009, recommended that the partial motion to dismiss (Doc. 26) filed by defendants G.K. Reposky, Thomas Richter, Thomas corbett, Edward G. Rendell, Jeffrey Beard, Nurse Kutcher ("defendants) be granted. Plaintiff timely filed objections on November 25, 2009 (Doc. 37), raising issues already considered and appropriately addressed in the Report and Recommendation.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 17th day of December, 2009,

IT IS HEREBY ORDERED that the partial motion to dismiss filed by defendants (Doc. 26) is GRANTED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 37), dated November 18, 2009, is adopted as the opinion of the court.

/s/Joy Flowers Conti
Joy Flowers Conti
U.S. District Court Judge

cc:
WILLIAM BRANDON CUMMINGS
GX-8328
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510