IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BRANDON CUMMINGS**, | ) | CIVIL ACTION NO. **09-70** |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | MAGISTRATE JUDGE MAUREEN |
| v. | ) | KELLY |
| | ) | |
| **G.K.REPOSKY, et al.**, | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 1st day of March, 2024, after *de novo* review, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the magistrate judge's Report and Recommendation dated December 20, 2023 (ECF No. 94), is adopted as the opinion of the court, as supplemented in the memorandum opinion. The objections of plaintiff William Brandon Cummings to the Report and Recommendation (ECF No. 95) are DENIED; and his Motion for Relief from Judgment or Order (ECF No. 90) is DENIED.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE